UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DAVID OLIVER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No.: 3:18-CV-33-TAV-HBG |
| DARREN SETTLES, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** seal the docket entry containing the transcript of Petitioner's post-conviction hearing [Doc. 14-14], this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT